NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Albert M. ROBINSON,

        Plaintiff,

v.

STATE OF NEW JERSEY, MERCER
COUNTY VICINAGE – FAMILY DIVISION,
et al.,

        Defendants.

Civ. No. 11-6139

Order

THOMPSON, U.S.D.J.

    This matter has come before the Court by letter request of all Defendants [docket # 16] seeking an adjournment for their time to respond to Plaintiff's pending Motion for Summary Judgment.  Upon consideration of this request

    IT IS on this 6th day of February, 2012

    ORDERED that the return date of Plaintiff's pending Motion for Summary Judgment [13] is reset for March 5, 2012; and it is

    ORDERED that the return date of Defendants' pending Motion to Dismiss [15] is reset for March 5, 2012.

                                   /s/ Anne E. Thompson
                                   ANNE E. THOMPSON, U.S.D.J.