NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Albert M. ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, MERCER COUNTY VICINAGE – FAMILY DIVISION, et al.,<br><br>    Defendants. | Civ. No. 11-6139<br><br>Order |

THOMPSON, U.S.D.J.

  This matter has come before the Court by letter request of all Defendants [docket # 16] seeking an adjournment for their time to respond to Plaintiff's pending Motion for Summary Judgment.  Upon consideration of this request

  IT IS on this 6th day of February, 2012

  ORDERED that the return date of Plaintiff's pending Motion for Summary Judgment [13] is reset for March 5, 2012; and it is

  ORDERED that the return date of Defendants' pending Motion to Dismiss [15] is reset for March 5, 2012.

                     /s/ Anne E. Thompson
                     ANNE E. THOMPSON, U.S.D.J.