# Mr. Albert M. Robinson

P.O. Box 495-672
Port Charlotte, Florida 33949

The Honorable United States
District Court Judge Anne E. Thompson
402 East State Street
Trenton, New Jersey 08608

Tuesday, February 21, 2012

RECEIVED

FEB 2 7 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re; Civil Action No. **3;11-cv-06139 AET-LHG**

Your Honor;

    Opposing counsel claims that she does not have enough time to pursue this case at bar. She claims that she has other cases that need tending to besides this one. She claims that she has to get some time to go up the street and talk to the defendants. Ms. Long had almost one year now to talk to the defendants about this case and I feel that she has talked to the defendants and did look at the records in the Domestic Violence Team (DVT) files. I feel that she also looked up the name of the person who entered the FRO information into the central registry in December of 2008 and did not like what she found. DVT. Ms. Long is no 1L. She can see that there is something fishy going on here.

    This case was originally filed in or around March of 2011. Ms. Long signed a waiver of service for the defendants on April 4th, 2011. I had to reflect on that date a moment considering the circumstances. Ms. Long has had from March of 2011 until present to investigate the FRO and its circumstances. Even I with limited resources found out that there were no records outside of the DVT office. Ms. Long with the NJ Attorney General's office behind her would have had much more access to the DVT records, Mercer County Sheriff's records, family court records, central registry records, and phone records of the DVT office. With all this access a reasonable person could only construe that she has found out that there was no FRO hearing and that it was created in 2008 by someone in the DVT and quite possibly she even has the name of the person who entered the FRO information into the central registry on December 7th, 2008.

    Given that theory I feel that opposing counsel is attempting to get me to file a default motion or get the court to default the defendants sua sponte. If the defendants are defaulted then no discovery will take place and the name of the person who took the bribe will be covered up. With New Jersey being ranked 8th in number of corrupt public officials being convicted the state

Page 1

cannot really afford other people looking into the DVT's records to see if there were any other FROs issued without any hearings.

It is for those reasons that I am beseeching this honorable court to appoint the United States Attorney to represent me in this case at bar. I know in the last year opposing counsel has already investigated this case and has some idea on who took the bribe and probably who paid the bribe as well. With that being said I am sure that the party that paid the bribe is watching this case closely on PACER.

The defendants' defense is falling apart and the truth will materialize in the presence of a wee bit of discovery. It has already been decided by Judge Anklowitz that a hearing did not take place with Annette Howard in 1990 and that there was no FRO. Also everything centers around the DVT's office so there is not really far one has to look so again I ask that this honorable court please appoint the US Attorney's office. It does not take a whole lot of money to maliciously prosecute a minority without funds. I reported some kickbacks to the mayor of Houston and public works filed false affidavits to have me arrested. When that did not work and I spoke in front of city counsel HPD held me in front of Home Depot naked from the waist down for almost twenty minutes while many women and little children took pictures so that I would get angry and they could shoot me for resisting arrest. That is one of the reasons why we had to flee our home in Houston.

I am caught between a fraudulent multimillion dollar dental firm and the 4th most corrupt state for public officials as stated in the Department of Justice (DOJ) "Report to Congress on the Activities and Operations of the Public Integrity Section for 2006". The DOJ lists NJ as forth in the Table III of Federal Public Corruption Convictions by District over the past Decade. The Trenton office of the US Attorney has expressed interest since I did report the matter after I left from talking with Defendant Meckel. So I again ask this honorable court to appoint the US Attorney as counsel for me under Rule 175.

Humbly submitted before this court,

*[signature]*

Mr. Albert M. Robinson

2/21/2012 11:55:52 PM

Clerk of Court
US District Court
402 East State St
Room 2020
Trenton, NJ 08608