NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Albert M. ROBINSON,<br><br>     Plaintiff,<br>v.<br><br>STATE OF NEW JERSEY, MERCER COUNTY VICINAGE-FAMILY DIVISION, et al.,<br><br>     Defendants. | Civ. No. 11-6139<br><br>ORDER |

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS on this 12th day of August, 2012,

ORDERED that the Amended Motion for Summary Judgment filed by Plaintiff Albert M. Robinson, (Docket Entry Nos. 60, 69), is DENIED; and it is

ORDERED that the Cross-Motion for Summary Judgment filed by Defendants Sue Regan, Sandra Terry, and Douglas Meckel, (Docket Entry No. 91), is GRANTED, and it is

ORDERED that this case is closed.

           */s/ Anne E. Thompson*           
           ANNE E. THOMPSON, U.S.D.J.