NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Albert M. ROBINSON,<br><br>                   Plaintiff,<br>v.<br><br>STATE OF NEW JERSEY, MERCER COUNTY VICINAGE-FAMILY DIVISION, et al.,<br><br>                   Defendants. | Civ. No. 11-6139<br><br>AMENDED ORDER |

THOMPSON, U.S.D.J.

    Upon review, the Court hereby amends the Order dated "August 12, 2012," (Docket Entry No. 105), to reflect the proper year. The Order is, therefore, amended to read as follows:

    IT IS on this 12th day of August, 2013,
    ORDERED that the Amended Motion for Summary Judgment filed by Plaintiff Albert M. Robinson, (Docket Entry Nos. 60, 69), is DENIED; and it is
    ORDERED that the Cross-Motion for Summary Judgment filed by Defendants Sue Regan, Sandra Terry, and Douglas Meckel, (Docket Entry No. 91), is GRANTED, and it is
    ORDERED that this case is closed.

    In conformance with the amendments above,

    IT IS, therefore, on this 19th day of August, 2013,

    SO ORDERED.

                                         */s/ Anne E. Thompson*
                                         ANNE E. THOMPSON, U.S.D.J.